THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS E. MILLIGAN, Defendant-Appellant.

(No. 75-46;

Second District (1st Division)—July 21, 1975.

Opinion by Mr. JUSTICE HALLETT.

Ralph Ruebner and Peter B. Nolte, both of State Appellate Defender's Office, of Elgin, for appellant.

James M. Carr, State's Attorney, of Sycamore (Edward N. Morris, of Illinois State's Attorneys Association, of counsel), for the People.